# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSHUA HOWARD,

        Plaintiff,

v.                                 Case No. 05-C-0635

BYRON TERRY, et al.

        Defendants.

## ORDER RE: HEARING ON ORDER TO SHOW CAUSE

On February 8, 2008, a hearing was held on the order to show cause why sanctions should not be imposed against the defendants for failing to comply with a court order instructing them to reimburse the plaintiff for costs he incurred in bringing a successful motion to compel. As discussed at the hearing, counsel for the defendants is to provide the court with documentation of the efforts that were reportedly undertaken to mail the plaintiff a $33.00 check in November, 2007. Such documentation may include, but is not limited to, a copy of the check and a copy of the letter from the treasurer's office accompanying the check. If the check that was mailed to the plaintiff in November, 2007, has not been cashed, the defendants are to issue a new check in the amount of $33.00 and provide documentation of such. Any and all documentation of the defendants' efforts to reimburse the plaintiff is to be submitted to the court on or before **February 19, 2008**

**IT IS THEREFORE ORDERED** that any and all documentation of the defendants' efforts to reimburse the plaintiff $33.00 are to be submitted to this court by **February 19, 2008.**

Dated at Milwaukee, Wisconsin this 12th day of February, 2008.

                                              BY THE COURT:

                                              /s/ William E. Callahan, Jr.
                                              WILLIAM E. CALLAHAN, JR.
                                              United States Magistrate Judge